B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)        Case Number **09−42604−pwb**

UNITED STATES BANKRUPTCY COURT **District of** Northern District of Georgia

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/1/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tracy Denise Johnson
156 Valley Veiw Lane
Menlo, GA 30731

| Case Number: 09−42604−pwb<br>Judge: Paul W. Bonapfel<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6884 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Michael D. Hurtt<br>Finn & Hurtt<br>P O Box 1304<br>Dalton, GA 30722−1304<br>Telephone number: 706−226−5426 | Bankruptcy Trustee (name and address):<br>Kyle A. Cooper<br>Suite 104<br>615 Colonial Park Drive<br>Roswell, GA 30075<br>Telephone number: (678) 507−0213 |

## Meeting of Creditors
Date: **August 20, 2009**                                              Time: **10:30 AM**
Location: **The Forum, Room 1−D, 2 Government Plaza, Rome, GA 30162**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return.This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/19/09**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Room 339, Federal Building<br>600 East First Street<br>Rome, GA 30161−3187<br>Telephone number: 706−378−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>W. Yvonne Evans |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 7/2/09 |

## EXPLANATIONS
B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named above, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  (See below for additional information regarding telephone and internet access to Bankruptcy Court records). |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800–510–8284 or or 404–730–2866 or 404–215–1000 and select the option for VCIS. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800–676–6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.

# CERTIFICATE OF NOTICE

```
District/off: 113E-6           User: sellars              Page 1 of 1                  Date Rcvd: Jul 02, 2009
Case: 09-42604                 Form ID: b9a               Total Noticed: 27

The following entities were noticed by first class mail on Jul 04, 2009.
 db           +Tracy Denise Johnson,   156 Valley Veiw Lane,   Menlo, GA 30731-6123
 aty           Michael D. Hurtt,   Finn & Hurtt,   P O Box 1304,   Dalton, GA 30722-1304
 tr           +Kyle A. Cooper,   Suite 104,   615 Colonial Park Drive,   Roswell, GA 30075-3772
 ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
11805516      AMO Recoveries,   P.O. Box 926400,   Norcross, GA 30010-6400
11805515      AMO Recoveries,   P.O. Box 8005,   Cleveland TN 37320-8005
11805514      Adjustment Service,   P.O. Box 1512,   Knoxville, TN 37901-1512
11805517     +Capital One Auto,   P.O. Box 93016,   Long Beach, CA 90809-3016
11805519      Collection Service Agency, Inc.,   P. O. Box 23484,   Chattanooga, TN 37422-3484
11805520      Credit Bureau Associates,   P.O. Box 579,   Milledgeville, GA 31059-0579
11805521     +Credit Bureau Associates of Georgia,   P. O. Box 1095,   Ellijay, GA 30540-0014
11805522      Emergency Coverage Corp, Inc.,   3429 Regal Dr.,   Alcoa, TN 37701-3265
11805523      Emergency Coverage Corp, Inc.,   P.O. Box 740023,   Cincinnati OH 45274-0023
11805524     +Erlanger Medical Center,   975 East 3rd Street,   Chattanooga, TN 37403-2147
11805525     +Gregg Shaw & Assoc.,   311 Broad St,   Rome, GA 30161-3005
11805526     +IMBS,   P.O. Box 189053,   Plantation, FL 33318-9053
11805527     +Medclear, Inc.,   507 Prudential Road,   Horsham, PA 19044-2308
11805528      Melanie Martin,   c/o Philip C. Henry,   950 E Paces Ferry Rd.,,   Ste. 2450,
               Atlanta, GA 30326-1386
11805530     +NCO Financial,   2550 East Stone Drive,   Kingsport, TN 37660-5893
11805531     +NCO Financial,   507 Prudential Road,   Horsham, PA 19044-2368
11805532     +NGRCA,   P. O. Box 1949,   Dalton, GA 30722-1949
11805529     +Nationwide Recovery,   P.O. Box 8005,   Cleveland, TN 37320-8005
11805533      Paula Martin,   c/o Philip C. Henry,   950 E. Paces Ferry Rd.,,   Ste. 2450,
               Atlanta, GA 30326-1386
11805534      Redmond Regional Medical,   P.O. Box 402960,   Atlanta, GA 30384-2966
11805535      West Asset Management,   1000 N. Travis Street,   Sherman, TX 75090-5054
11805536      West Asset Management,   2703 N. Highway 75,   Sherman, TX 75090
The following entities were noticed by electronic transmission on Jul 02, 2009.
11805518     +EDI: CHASE.COM Jul 02 2009 18:49:00     Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
11805535      EDI: WESTASSET.COM Jul 02 2009 18:48:00     West Asset Management,   1000 N. Travis Street,
               Sherman, TX 75090-5054
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2009**                    **Signature:**   *Joseph Speetjens*