UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
    **Tracy Denise Johnson**
    156 Valley View Lane
    Menlo, GA 30731

    **xxx−xx−6884**

Case No.: **09−42604−pwb**
Chapter:  **7**

## ORDER

    Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under §521(i)(1), Debtor is not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Form 420

# CERTIFICATE OF NOTICE

```
District/off: 113E-6           User: fladlandd              Page 1 of 1                   Date Rcvd: Aug 27, 2009
Case: 09-42604                 Form ID: 420                 Total Noticed: 29

The following entities were noticed by first class mail on Aug 29, 2009.
 db           +Tracy Denise Johnson,    156 Valley View Lane,    Menlo, GA 30731-6123
 aty           Michael D. Hurtt,    Finn & Hurtt,    P O Box 1304,    Dalton, GA  30722-1304
 tr           +Kyle A. Cooper,    Suite 104,    615 Colonial Park Drive,    Roswell, GA 30075-3772
 ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
11805516      AMO Recoveries,    P.O. Box 926400,    Norcross, GA 30010-6400
11805515      AMO Recoveries,    P.O. Box 8005,    Cleveland TN 37320-8005
11805514      Adjustment Service,    P.O. Box 1512,    Knoxville, TN  37901-1512
11805517     +Capital One Auto,    P.O. Box 93016,    Long Beach, CA 90809-3016
11805518     +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
11805519      Collection Service Agency, Inc.,    P. O. Box 23484,    Chattanooga, TN 37422-3484
11805520      Credit Bureau Associates,    P.O. Box 579,    Milledgeville, GA 31059-0579
11805521     +Credit Bureau Associates of Georgia,    P. O. Box 1095,    Ellijay, GA 30540-0014
11805522      Emergency Coverage Corp, Inc.,    3429 Regal Dr.,    Alcoa, TN 37701-3265
11805523      Emergency Coverage Corp, Inc.,    P.O. Box 740023,    Cincinnati OH 45274-0023
11805524     +Erlanger Medical Center,    975 East 3rd Street,    Chattanooga, TN 37403-2147
11805525     +Gregg Shaw & Assoc.,    311 Broad St,    Rome, GA 30161-3005
11805526     +IMBS,    P.O. Box 189053,    Plantation, FL 33318-9053
11805527     +Medclear, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
11805528      Melanie Martin,    c/o Philip C. Henry,    950 E Paces Ferry Rd.,,    Ste. 2450,
               Atlanta, GA  30326-1386
11805530     +NCO Financial,    2550 East Stone Drive,    Kingsport, TN 37660-5893
11805531     +NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2368
11805532     +NGRCA,    P. O. Box 1949,    Dalton, GA 30722-1949
11805529     +Nationwide Recovery,    P.O. Box 8005,    Cleveland, TN 37320-8005
11805533      Paula Martin,    c/o Philip C. Henry,    950 E. Paces Ferry Rd.,,    Ste. 2450,
               Atlanta, GA  30326-1386
11805534      Redmond Regional Medical,    P.O. Box 402960,    Atlanta, GA  30384-2966
11805535      West Asset Management,    1000 N. Travis Street,    Sherman, TX 75090-5054
11805536      West Asset Management,    2703 N. Highway 75,    Sherman, TX  75090

The following entities were noticed by electronic transmission on Aug 28, 2009.
 cr           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 28 2009 01:05:43
               Capital One Auto Finance Department,    P.O. Box 201347,    Arlington, TX 76006-1347
11841643     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 28 2009 01:05:44
               Ascension Capital Group, Inc.,    Attn: Capital One Auto Finance Departmen,    P.O. Box 201347,
               Arlington, TX 76006-1347
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2009           Signature:   _Joseph Speetjens_