IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| RE: | CHAPTER 7 |
|---|---|
| JOHNSON, TRACY DENISE | CASE NO. 09-42604 PWB |
| Debtor(s). | |

### NOTICE OF WITHDRAWAL OF NO DISTRIBUTION REPORT

COMES NOW Kyle A. Cooper, the Chapter 7 Trustee in this case, and respectfully withdraws the No Distribution Report he filed in this case. The Trustee filed the Report in error.

WHEREFORE, the Trustee hereby gives Notice that he is withdrawing the No Distribution Report.

Respectfully submitted,

/S/ Kyle A. Cooper
Kyle A. Cooper
Chapter 7 Trustee
GA Bar No. 425918

615 Colonial Park Drive
Suite 104
Roswell, GA  30075
(678)507-0213
(678) 507-0217 Fax