**IT IS ORDERED as set forth below:**

Date: October 07, 2009

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case Number: |
| **Junisia Jones,** | **09-42696-pwb** |
| | Chapter 7 - Judge Bonapfel |
| Debtor. | |

### ORDER VACATING ORDER OF DISMISSAL AND CLOSING ESTATE

This Chapter 7 case is before the Court *sua sponte*. On October 5, 2009, the Clerk's Office inadvertently entered an Order of Dismissal and Closing Estate (Docket No. 15). Accordingly, it is

ORDERED that the Order of Dismissal and Closing Estate entered by the Court on October 5, 2009, be VACATED.

The Clerk is directed to mail a copy of this Order to the Debtor, Debtor's Counsel, the Chapter 7 Trustee, and all creditors and other parties in interest.

END OF DOCUMENT